| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>770 The City Drive South<br>Suite 3300<br>Orange, CA 92868<br>Phone: (714) 621-0200<br>Fax:    (714) 621-0277<br>e-mail: efile@ch13ac.com<br><br><br><br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>JUN 11 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kent     DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In re:<br><br>MYRNA T MAGNO<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:10-bk-10426-RK<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING CHAPTER 13 PLAN**<br><br>DATE:             April 14, 2010<br>TIME:             1:30 P.M.<br>COURTROOM:  5D<br>PLACE: 411 West Fourth Street<br>            Santa Ana, CA 92701 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>1/13/2010</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

   a. ☒ The amount of each monthly plan payment is $<u>1,056.00</u>. The due date is <u>13th</u> day of each month for <u>60</u> months. The Plan provides for the payment of <u>0</u>% of allowed claims for general unsecured creditors.

   b. ☐ The amount of each monthly plan payment is $_____ for months _____. For months _____, the monthly plan payment is $_____. **[Repeat as needed]** The due date is ____ day of each month. The Plan provides for the payment of _____% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                                Page 1                                           **F 3015-1.21.ORDER**

3. Other provisions:

   a. ☒ This is a base plan with the debtor(s) paying at least $63,360.00 of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

   b. ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

   c. ☒ Counsel for debtor(s) is awarded fees of $3,000.00; having previously received $1,450.00, counsel is entitled to payment of $1,550.00 from the estate.

   d. ☐ See attachment for additional provisions incorporated in this Order.

   e. ☒ Interlineations:

   > This is a base plan with all tax refunds pledged into the plan for the duration of the plan.

###

DATED: June 11, 2010

_United States Bankruptcy Judge_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*    Page 2    **F 3015-1.21.ORDER**