| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James G. Beirne<br>520 E. Wilson Ave. Ste 110<br>Glendale, CA 91206<br>(818) 552-4500<br>CSB: 163755<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**FEB 23 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY schramm DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 8:10-bk-10426-RK |
| In re:<br><br>**Myrna T. Magno**<br><br><br><br><br>Debtor(s). | DATE: 2/9/2012<br>TIME: 3:00 P.M.<br>CTRM: 5D<br>Floor: 5th |

## ORDER ON:

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ OTHER: _____

Based on Debtor's Motion filed on  12/21/11  as docket entry number __54____ and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐    GRANTED            ☐    DENIED

☒    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐    GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 2*  **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-19364-RK |

☐ Set for Hearing on _____ at _____ .

###

DATED: February 23, 2012

_____
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| Myrna T. Magno | |
| Debtor(s). | CASE NUMBER 8:10-bk-10426-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described  ORDER ON CHAPTER 13 DEBTOR'S MOTION TO MODIFY OR SUSPEND PLAN PAYMENTS  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 02/14/12 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please See Attached List.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entities(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/14/12 | Paul M. Allen | /s/ Paul M. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 4*

**F 3015-1.14**

| In re: | | CHAPTER 13 |
|---|---|---|
| Myrna T. Magno | Debtor(s). | CASE NUMBER 8:10-bk-10426-RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| | | |
|---|---|---|
| **Myrna T Magno**<br>10313 Miranda Avenue<br>Buena Park, CA 90620 | **Amrane Cohen**<br>Chapter 13 Trustee<br>770 The City Drive South Ste 3300<br>Orange, CA 92868 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 |
| Bank of America<br>P. O. Box 851001<br>Dallas, TX 75285-1001 | Best Buy<br>Household Retail Services<br>PO Box 60148<br>City Of Industry, CA 91716-0148 | California Reconveyance Compa<br>9200 Oakdale Avenue<br>Mail Stop: N 11 06 12<br>Chatsworth, CA 91311 |
| Chase<br>PO Box 94014<br>Palatine, IL 60094 | Citi<br>PO Box 6000<br>Sioux Falls, SD 57117 | GE Money Bank<br>PO Box 960013<br>Orlando, FL 32896 |
| GMAC Mortgage<br>3451 Hammond Avenue<br>P.O. Box 780<br>Waterloo, IA 50704 | JC Penney<br>P.O. Box 960090<br>Orlando, FL 32896 | OCTFCU<br>PO Box 11908<br>Santa Ana, CA 92711 |
| Orange County Teachers FCU<br>PO Box 11547<br>Santa Ana, CA 92711 | Ralph L. Sims<br>Law Offices of Ralph Sims<br>1280 Bison Ave B9-477<br>Newport Beach, CA 92660 | Sears Gold Master Card<br>P.O. Box 688956<br>Des Moines, IA 50368 |
| Washington Mutual<br>PO Box 78148<br>Phoenix, AZ 85062 | **U.S. Bankruptcy Court (SA)**<br>411 W. 4th St.<br>Santa Ana, CA 92701 | **Office of the U.S. Trustee (SA)**<br>411 W. 4th St Ste 9041<br>Santa Ana, CA 92701 |

**Hon. Robert Kwan**
United States Bankruptcy Judge
411 W. 4th St. Ste 5165
Santa Ana, CA 92701

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.14**

| In re:<br>Myrna T. Magno | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-10426-RK |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ___ORDER ON CHAPTER 13 DEBTOR'S MOTION___ was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of___02/23/12___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- James G Beirne    bankruptcy@lawcenterca.com, beirnebknotices@gmail.com
- Jared D Bissell    ecfcacb@piteduncan.com
- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Joseph C Delmotte    ecfcacb@piteduncan.com
- Eric J Testan    ecfcacb@piteduncan.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Catherine T Vinh    ecfcacb@piteduncan.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:**
Myrna T. Magno
10313 Miranda Ave.
Buena Park, CA 90620

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14